

shunliuinf

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 30 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 08-00006 |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | **ILLEGAL ENTRY** |
| SHUN YIN LIU, ) | [8 U.S.C. § 1325(a)(1) |
| Defendant. ) | 6 U.S.C. §§ 251 & 557] |
| ) | (Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

    On or about March 25, 2008, in the District of Guam, the defendant herein, SHUN YIN LIU, did knowingly enter the United States at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1) and Title 6, United States Code, Sections 251 and 557.

    DATED this 30 day of April 2008.

                                                         LEONARDO M. RAPADAS
                                                          United States Attorney
                                                          Districts of Guam and NMI

                         By: _____
                                FREDERICK A. BLACK
                                Assistant U.S. Attorney

# Criminal Case Cover Sheet                                                                                  U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____  Docket Number __08-00006__
Same Defendant _____        New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No _X_   Matter to be sealed: ____ Yes _x_ No

Defendant Name     __Shun Yin Liu__

Alias Name         _____

Address            _____

                   __China__

Birthdate _Xx/xx/1946_ SS# ____ Sex _M_ Race _A_ Nationality _Chinese_

**U.S. Attorney Information:**

AUSA __Frederick A. Black__

**Interpreter:** ____ No _X_ Yes   List language and/or dialect: __Chinese/Mandarin__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ____ Petty _X_ Misdemeanor ____ Felony

RECEIVED APR 3 0 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 USC 1325(a)(1)  6 USC 251 & 557 | Illegal Entry | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __4-30-08__    Signature of AUSA: _[signed] Fred Black_