1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 08-00006 |
| Plaintiff, | |
| vs. | **O R D E R**<br>**re United States' Request for**<br>**Issuance of Warrant** |
| SHUN YIN LIU, | |
| Defendant. | |

Upon the filing of an Information and the request of the government,

IT IS SO ORDERED that a warrant be issued for the above-named defendant.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: May 01, 2008**