AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

SHUN YIN LIU

**WARRANT FOR ARREST**

Case Number: MJ-08-00006-001

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     SHUN YIN LIU
                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☑ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

charging him or her with    (brief description of offense)

Illegal Entry, 8 U.S.C. § 1325(a)(1), 6 U.S.C. §§ 251 and 557

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | *Marilyn B. Alcon* (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 05/01/2008      Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

RECEIVED MAY 01 2008
US [illegible]

FILED
DISTRICT COURT OF GUAM
MAY 02 2008
JEANNE G. QUINATA
Clerk of Court

RECEIVED MAY 02 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

HAGATNA, GUAM

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/1/08 | EDWIN FEJERAN | [signature] |
| DATE OF ARREST | SA, US ICE | |
| 5/2/08 | | |

AO 442 (Rev. 08/07) Warrant for Arrest (Page2)
AO 442     (Rev. 08/07) Warrant for Arrest (Page2)

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME:   SHUN YIN LIU

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____