# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-08-00006-MJ-08-00010-MJ-08-00012          DATE: May 02, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter M. Tenorio | Electronically Recorded: 2:51:11-3:01:26 |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Shun Yin Liu<br>Qing Xiong Zheng<br>Qiu Bao Chen | Attorney: Louie Yanza<br>Joaquin C. Arriola, Jr.<br>Samuel S. Teker |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☐ CJA |
| U.S. Attorney: Frederick A. Black | U.S. Agent: |
| U.S. Probation: Carleen Borja | |
| Interpreter: Julia Berg | Language: Mandarin |

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**
- Defendant's waives reading of Information.
- Defendant sworn and examined.
- Plea entered: Not Guilty
- Scheduling Order executed.
- Bench Trial set for July 1, 2008 at 9:30 a.m.
- Defendant's remanded to the custody of the U.S. Marshals Service.

NOTES: Louie Yanza appointed for Shun Yin Liu, Joaquin C. Arriola, Jr., appointed for

Qing Xiong Zheng, and Samuel S. Teker appointed for Qui Bao Chen.