DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 08-00006 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **SHUN YIN LIU,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **LOUIE J. YANZA** is appointed to represent the defendant in the above-entitled case *nun pro tunc* to May 1, 2008.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: May 02, 2008**