**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**CHANGE OF PLEA**

CASE NO.: MJ-08-00006　　　　　　　　　　　　DATE: June 04, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Jennifer Moton　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　　Electronically Recorded: 4:25:39 - 4:53:57

**APPEARANCES:**

Defendant: Shun Yin Liu　　　　　　　　Attorney: Louie Yanza
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Frederick A. Black　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter: Julia Berg　　　　　　　　　Language: Mandarin

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Status hearing August 15, 2008 at 10:00 a.m.
- Sentencing set for: September 2, 2008 at 9:00 a.m.
- Draft Presentence Report due to the parties: July 29, 2008
- Response to Presentence Report: August 12, 2008
- Final Presentence Report due to the Court: August 26, 2008
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: If parties have no objection to the draft presentence report, then the sentencing may be moved to the August 15, 2008 hearing date.