# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA<br>V.<br>**SHUN YIN LIU** | **NOTICE**<br><br>CASE NUMBER: **MJ-08-00006** |
|---|---|

TYPE OF CASE:

☐ **CIVIL**    X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been moved as indicated below:

| PLACE<br><br>U.S. COURTHOUSE<br>520 W. Soledad Avenue<br>Hagatna, Guam 96910 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>August 15, 2008 at 10:00 a.m. | MOVED TO DATE AND TIME<br><br>August 14, 2008 at 9:30 a.m. |
|---|---|---|

JEANNE G. QUINATA
CLERK OF COURT

August 12, 2008
DATE

Walter M. Tenorio
(BY) DEPUTY CLERK