# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: MJ-08-00006  DATE: August 14, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz  Electronically Recorded: 9:33:16 - 9:45:27

**APPEARANCES:**

Defendant: Shun Yin Liu  Attorney: Louie Yanza
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black  U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter: Shi Yang  Language: Chinese (Mandarin)

**PROCEEDINGS: Sentencing**
- Defendant sentenced to a probation term of <u>two years.</u>
- Special assessment fee of $10.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Defendant shall be immediately released to the custody of an authorized official of the United States Immigration and Naturalization Service for deportation.

NOTES: